JAMES DAL BON
C- BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA 95113

(408)297-4729

ATTORNEY FOR PLAINTIFFS

**FILED**
JUL 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

# C08 03612

RAMIRO RUIZ                           ) CASE
                                      )
        Plaintiff,                    ) PLAINTIFF DEMANDS JURY TRIAL
                                      )
    vs.                               )
                                      )
RONALD JAY HAAS, R J HAAS             )
                                      )
CONSTRUCTION CORP., R.J. HAAS CORP    )
                                      )
I, R.J.HAAS CORP II, R.J.HAAS CORP III, )
                                      )
VALLEY CORP B, INTERNATIONAL          )
                                      )
BUSINESS AND MERCANTILE               )
                                      )
REASSURANCE COMPANY, SURETY           )
                                      )
COMPANY OF THE PACIFIC

    Defendants

Plaintiff demands a jury trial.

July 25, 2008

    s/jdb
James Dal Bon
Attorney for Plaintiffs

COMPLAINT - 11