**United States District Court**
For the Northern District of California

*E-FILED*
**November 17, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RAMIRO RUIZ,

    Plaintiff,

v.

RONALD JAY HAAS, et al.,

    Defendants.
_____/

No. C 08-03612 RS

**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for November 26, 2008. The parties are required to file a stipulation of dismissal by **January 21, 2009**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 28, 2009 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: November 17, 2008

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon     jdblaw@earthlink.net

Dated: November 17, 2008

      /s/ BAK
Chambers of Magistrate Judge Richard Seeborg